# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHN M. HARDIMON**                                                    PETITIONER

v.                              No. 2:17-cv-215-DPM

**USA**                                                                 RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 3, and overrules Hardimon's objections, № 6. FED. R. CIV. P. 72(b)(3). Hardimon argues hard that his claims are about the implementation of his sentence. But Hardimon can't get the relief he seeks without changes to his underlying conviction or sentence. And Hardimon's proposed amendments, № 4 & 7, wouldn't cure this problem. The proper vehicle for his claims is a second or successive § 2255 petition. Hardimon's § 2241 petition will therefore be dismissed without prejudice for lack of jurisdiction. All his motions are denied as moot. № 1, 4 & 7.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2018