# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JOHN M. HARDIMON                                              PETITIONER

v.                      No. 2:17-cv-215-DPM

USA                                                            RESPONDENT

## JUDGMENT

Hardimon's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2018