# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHN M. HARDIMON**                                                    **PETITIONER**

v.                                  No. 2:17-cv-215-DPM

**USA**                                                                  **RESPONDENT**

## ORDER

Motion to reconsider, № 12, denied. The Court stands by its 29 January 2018 Order and Judgment. Embedded motion for copies, № 12, granted. The Court directs the Clerk to send Hardimon copies of № 4 & 7.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2018