# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JOHN M. HARDIMON                                              PETITIONER
Reg. #08851-025

v.                          No. 2:17-cv-215-DPM

GENE BEASLEY, Warden,
Federal Correctional Institution-Low                          RESPONDENT

## ORDER

Hardimon's third post-judgment motion to amend his petition, № 20, is denied. Hardimon's appeal from this Court's Judgment is pending before the United States Court of Appeals for the Eighth Circuit. This Court therefore lacks jurisdiction.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 April 2018